UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    PAULETTE SCANLON
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received January 2, 2026 and orders the Clerk to reject the Motion for Continuance and return the document(s) to Paulette Scanlon for the reason(s) noted below:

Paulette Scanlon currently has no case filed with this Court. If Paulette Scanlon wishes to file a complaint in this Court, she must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Paulette Scanlon cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

If Paulette Scanlon wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  January 2, 2026                    _/s/ Sally J. Berens_____
                                           SALLY J. BERENS
                                           U.S. Magistrate Judge