Case # 25-00564

Motion For Continuance I was not properly notified by the court or the Landlord attorney of the hearing. I had to call on my own to find out about it and am seeking legal counsel I thought that I was to be properly notified about the hearing and wasn't so I kindly ask for a Continuance in this matter.

Thank you
Paulette Scanca

RECEIVED (GR)
U.S. District Court Clerk
JAN 0 2 2026



**Retail**

U.S. POSTAGE PAID
PM
BATTLE CREEK, MI 49016
DEC 30, 2025





49503       $11.90

RDC 03     0 Lb 1.20 Oz     S2324K504039-22

# UNITED STATES POSTAL SERVICE ®

## PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

3239 Federal Bldg
110 michigan St NW
Grand rapids mi 49503

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 01/05/26

USPS TRACKING® #



9505 5124 2862 5364 2996 67

Schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



FROM: Paulette Scanton

1145 Harmonia Rd Lot 101

Spring field mi 49037