UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    JAMIE PHILLIP PERRY
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received January 12, 2026 and orders the Clerk to reject the Miscellaneous Document regarding State Legislator/Legislation and return the document(s) to Jamie Phillip Perry for the reason(s) noted below:

Jamie Phillip Perry has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Jamie Phillip Perry's cases.

If Jamie Phillip Perry wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  January 13, 2026                        _/s/ Ray Kent_____
                                                RAY KENT
                                                U.S. Magistrate Judge