NAME: Jamie P Perry - 80012836

TO: Legislation Office
Chief-State Legislator
An All in legislation

LOCATION: B_____ C_____ (or) Dorm 1E05

919 Port Street, St. Joseph, Michigan 49085

JAIL INFORMATION: (269) 982-8670

DATE: 1-1-2026

RECEIVED - KZ
January 12, 2026 2:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____ems_____

STATE OF MICHIGAN,
UNITED STATES DISTRICT COURT FOR 5TH JUDICIAL
ST. JOSEPH DISTRICT COURT

In Re. STATE LEGISLATOR - LEGISLATION

ME, JAMIE PHILLIP PERRY, 7149
DOB, 03,06,1994 - ID V208196001
4361 Lee Ave St. Louis MO, 63115

Detained at 919 Port Street, St. Joseph Michigan 49085
Case No. 2023-016049 - location, City of niles michigan

1. I'm a ACTIVE litigant in michigan Federal Courts due to being deprived of my life and liberty and Several laws violation for the above Case No.

2. I've been detained for 27 months lawless/without law.

3. The City of niles County of Berrien in St. Joseph has made a illegal arrest without being authorized by a Judicial officer. The State has used a void Complaint and warrant to Prosecute on.

Signed:_____ → P2

4. 12-30-25, I have been detained on a Unlawful imprisonment for 27 months.

5. I've been kidnapped by the goverment of michigan city of niles, county of berrien or (St.Joseph as declared by usps).

6. I'm being falsely accused by the city of niles for the offenses, 1. Homicide - Open murder - Statutory Short Form, 2. Possession Firearm By Felon, 3. weapons Felony Firearms, 4. Weapons Felony Firearms, (5.) HABITUAL Offender - Supplemental Warrant (4th CONVICTION).

7. The State has held me 27 months, without having a indictment to answer to, nor authorized by a Judge giving Signature Stating there is Probable Cause I committed the above offenses.

8. The St.Joseph or berrien County Public defender office has denied me affective assistance of counsel.

9. I've invoked my rights 2.5 ~~~~ months after the Prosecutor drafted the Complaint and warrant affidavit Pursuant to the U.S.C.

10. Im being also extorted by the gov in michigan an missouri with their intent to kill, as I aquired knowledge of a malpratice that took Place in STL missouri, that now has me restrained in a ritual in michigan.

1-1-2026

NAME Jamie J Perry - 800 283 C

LOCATION 1E05

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

Special
mail

GRAND RAPIDS MI  493

6 JAN 2026  PM 3  L

UNITED STATES
OF AMERICA

FOREVER/USA

OFFICE OF CLERK
UNITED STATES DISTRICT COURT

107 FEDERAL BUILDING

410 W. MICHIGAN AVENUE

KALAMAZOO MICHIGAN 49007

49007-37579