UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    SHERMAN WASHINGTON
#207519

_____/


**<u>ORDER REJECTING PLEADING</u>**


The Court has examined the following document(s) received January 12, 2026 and orders the Clerk to reject the Motion for Preliminary Injunction and return the document(s) to Sherman Washington #207519 for the reason(s) noted below:

The submission is not in compliance with Rule 3 of the Federal Rules of Civil Procedure, which states in part: "A civil action is commenced by filing a complaint with the court." The first step in an action is the filing of the complaint and filing fee. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Sherman Washington #207519 cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

If Sherman Washington #207519 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  January 13, 2026                    _/s/ Ray Kent_____
                                            RAY KENT
                                            U.S. Magistrate Judge