UNITED STATES DISTRICT COURT

WESTERN DISTRICT - MICHIGAN

SHERMAN LANCE WASHINGTON

Plaintiff,    Case

RECEIVED - LN
January 12, 2026 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____pjw_____

Judge

JACKSON CORRECTIONAL FACILITY

Defendant

Case No._____

Hon._____

I am filing this as a Preliminary Injunction to keep the Hearings Investigator from not giving me a chance to appeal the misconduct written on me by M, Kalat at Jackson Cooper Street (JCS) on 12-1-25.

The misconduct is a 012 Threatening Behavior misconduct, I was found guilty by a Hearing Officer from Lansing but I

(1)

was never given a copy of the Hearing Report, an Appeal for Class 1 Misconduct, and copies of the evidence used to find me guilty of the O12. The evidence used was two kites that I sent to M. Kalat when at SCS, Kalat used those kites as evidence to support her theory of O12,

It was an Administrative Law Judge (ALJ) who held the Class 1 Misconduct Hearing. They found me guilty of O12 on 12-17-26.

PD 03.03.105 HH says "After the hearing has been concluded, the prisoner may request ..." and it states what you ask for. But here it says the Hearing Investigator gives you the Appeal, Hearing Report, and

(2)

evidence used to find me guilty of a Class 1.

In Tucker v. Kemp, 2025 U.S. Dist. Lexis 47839, p 8-9, it states how you Appeal a Class 1 Misconduct such as 012 Threatening Behavior.

The H.I. is supposed to assist you in appealing the Class 1. Here, at JCF, he is not helping me. He's hindering me by not sending me the material to aide me in challenging the ticket in a Rehearing to the Rehearing Administrator in Lansing.

I ask that this Injunction be placed on the Hearing Investigator at JCF, so that I may promptly, and timely, appeal my misconduct, Have the H.I. help me appeal the Class 1 Misconduct like he's supposed to.

_S. Stance Washy_
ASHON S.L. WASHINGTON

Date: 1-8-26

JCF #207519

(3)    3510 N. Elm St.
Jackson, MI 49201

Prisoner Name: _WASHINGTON, Sherman_

Prisoner Number: _207519_

G. ROBERT COTTON CORRECTIONAL FACILITY

3510 N. Elm St.

Jackson, MI 49201-8877

METROPLEX MI 480

10 JAN 2026 AM 16

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 49201  $ 000.74°
02 7W
0008038243 JAN 09 2026



Success Is A Choice

- Rick Pitino -

Clerk

U.S. District Court Clerk - Western Distric

113 Federal Bldg.

313 W. Allegan St.

Lansing, MI 48933

48933-153113

Supreme MAchine
A Microphone Dream,
L.t.h,

Your body's an outlet,
music is the source,
It's married to A dance,
there will be... no divorce,
I Feel The Music
"Lance the Lyricist"

Running World