UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    JIVONNIE JONES #631727
_____/

**<u>ORDER REJECTING PLEADING</u>**

The Court has examined the following document(s) received March 17, 2026 and orders the Clerk to reject the Motion to Appoint and return the document(s) to Jivonnie Jones #631727 for the reason(s) noted below:

Jivonnie Jones #631727 currently has no case filed with this Court. If Jivonnie Jones #631727 wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Jivonnie Jones #631727 cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

If Jivonnie Jones #631727 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:   March 20, 2026          _/s/ Ray Kent_____
                                 RAY KENT
                                 U.S. Magistrate Judge