March 12, 2026

Jivonnie Ramone Jones #631727
Gus Harrison Correctional Facility
2727 E. Beecher Road
Adrian, MI 49221

**RECEIVED - GR**
March 17, 2026 12:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: _____ /

U.S. District Court
Western District of Michigan
Federal Bldg. 110 Michigan NW,
Grand Rapids, MI 49503

RE: Michigan Supreme Court No. 169186
Michigan Court of Appeals No. 373514
Muskegon Trial Court No. 17-002872-FC

Dear Clerk;

Please refer to the recent decision made by the above
courts. I note that I can not provide the decision
by the Trial court because the Michigan Department
of Corrections has inappropriately denied to make
copies of all items of this case because I am indigent.
The purpose of this filing is for the court to order
the appointment of counsel because I am clearly
financially unable to afford counsel and for the
court to order the Michigan court of Appeals and
Michigan supreme court to provide a copy of my —

Page 1 of 2

entire file because the Michigan Department of Corrections refused to make copies of all items at my obligation as I was clearly indigent at the time of filing in the courts, see 28 U.S.C.S. 2254 (f) and (h), This is not an application or petition of writ of habeas corpus. Thus, the appointment of counsel will authorize an application for a writ of habeas corpus on behalf of a person in custody pursuant to the Judgment of a state court, see 28 U.S.C.S. 2254 (d), Enclosed is a Motion for Appointment of Counsel and the request for the court to order the Michigan Supreme court and the Michigan court of Appeals to provide a copy of my entire file in the event the court doesn't grant my request for appointment of counsel.

Please attach a copy of this letter to the Motion enclosed so the ~~this~~ court will have a better understanding of the purpose of filing in this court.

Thanks, for your time and attention in this important regard,

Sincerely

Jivonnie Jones

Jivonnie Jones
Pro se

Page 2 of 2

STATE OF MICHIGAN
IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN


JIVONNIE RAMONE JONES
    Plaintiff,

                            Michigan
                            SC: 169186
                            COA: 375514
V.
                            Muskegon CC:
                                  17-002872-FC

DALE J. HILSON
    Muskegon County Prosecutor
        Defendant;


MOTION FOR THE COURT TO APPOINT ~~Court~~
COUNSEL FOR PLAINTIFF AND MOTION FOR
THE COURT TO ORDER THE MICHIGAN
SUPREME COURT AND MICHIGAN COURT OF
APPEALS TO PROVIDE A COPY OF MY ENTIRE
FILE.

Plaintiff, Jivonnie Ramone Jones, moves pursuant to
28 U.S.C.S. 2254 (f) and (h) for the above reason —

page 1 of 3

and so the court can order an attorney to perfect a application or petition of writ of habeas corpus. There is a bunch of serious issues the Plaintiff has raised on appeal and is unable to prepare because he is not a lawyer and doesn't even have his entire file because the MDOC refused to make copies of all the items of this case. Plaintiff doesn't know how to to perfect a 28 U.S.C.S 2254 (d). Thus, the court can appoint counsel as I am clearly financially unable to afford counsel and is without the basic tools to perform an argument involving an unreasonable application by the state courts, of clearly established Federal law, as determined by the Supreme court of the united states. The court can simply authorize the Lower courts to perform copies of my pleadings. It will be best if the court could provide counsel so the lawyer can prepare petitioner's burden that has to be met by showing there was no reasonable basis for the state courts to deny relief.

Plaintiff ask that you grant this Motion.

Date: March 12, 2026

Sincerely,

Jivonnie Jones

Jivonnie Jones
Pro se

Page 2 of 3

## PROOF OF SERVICE

The undersigned affirms that on March 12, 2026, I couldn't serve one copy of the foregoing motion on the Muskegon County Prosecutor, by placing same in the mail, first class postage, because of the interfering by the Michigan Department of corrections, that they refuse to make copies of handwritten legal mail when I am indigent. They have refused to make copies of all items of this case. The undersigned affirms that I can not provide the Trial court decisions because I submitted my only copy to the court of Appeals and they did not answer my complaint. The attached decision from the Michigan Supreme court and court of Appeals is the only documents I have. Please supply me a copy.

I declare that the statements above are true to the best of my information, Knowledge and belief.

Sincerely,

Jivonnie Jones

Jivonnie Ramone Jones
#631727 Pro se
Gus Harrison correctional facility
2727 E. Beecher Road
Adrian, MI 49221

Date: March 12, 2026

Page 3 of 3

# Order

February 27, 2026

169186 & (32)(33)

Michigan Suprem
Lansing, M

Megan K.

Bria
Richard H
Elizabeth
Kyra
Kimberly
Noa

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                  SC: 169186
                                  COA: 375514
                                  Muskegon CC: 17-002872-FC

JIVONNIE RAMONE JONES,
    Defendant-Appellant.

_____/

On order of the Court, the motion to correct error is GRANTED. The application for leave to appeal the September 11, 2025 order of the Court of Appeals is considered and it is DENIED, because the defendant has failed to meet the burden of establishin entitlement to relief under MCR 6.508(D). The motion to vacate or dismiss is DENIED.



I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

# Court of Appeals, State of Michigan

## ORDER

PEOPLE OF MI V JIVONNIE RAMONE JONES

Docket No.   375514

LC No.   17-002872-FC

Christopher M. Murray
Presiding Judge

Kristina Robinson Garrett

Mariam Saad Bazzi
Judges

The motion to waive fees is GRANTED for this case only.

The motion regarding service is GRANTED.

The motions for acceptance of rejected additional evidence/supplements to be attached to application are DENIED.

The delayed application for leave to appeal is DENIED because defendant has failed to establish that the trial court erred in denying the motion for relief from judgment.

_Presiding Judge_

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

September 11, 2025
Date

Chief Clerk

Jivonnie Ramone Jones #631727
Gus Harrison Correctional Facility
2727 E. Beecher Road
Adrian, MI 49221

METROPLEX MI 480
14 MAR 2026AM 4 L
FIRST-CLASS



US POSTAGE PITNEY BOWES
ZIP 49221 $ 000.74⁰
02 7W
0008037666 MAR 12 2026

U.S. District Court
Western District of Michigan
Federal Bldg. 110 Michigan NW,
Grand Rapids, MI 49503

49503-236399