March 23, 2026

Mr. Anthony Jones # 227785
Ionia Correctional Facility
1576 W. Bluewater Hwy.
Ionia, Michigan 48846

Filed
- KZ
March 25, 2026 1:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____ems_____

1:26-mc-6026

Clerk of the Court
United States District Court
Western District of Michigan
        Southern Division
410 West Michigan
Kalamazoo, Michigan. 49005

        Re: Derrick Smith v. US Federal
            Western District Court
            Case No. 25-CV-00314

ATTN: Clerk of the Court,

   Greetings! My name is Mr. Anthony Jones
# 227785. I am writing to this honorable
court regarding the status of the above
captioned case.

   I respectfully would like to know: (1) has
the probable cause conference hearings began?
And, (2) has a date been set for the release
of prisoners on bond?

                    1.

In closing, I respectfully thank you for your time. I await your response.

Respectfully,

Mr. Anthony Jones # 227785

2.

NAME: Mr. Anthony Jones
Number: 227785
Address: Ionia Correctional Facility
Address: 1576 W. Bluewater Hwy.
Ionia, Michigan 48846

GRAND RAPIDS MI 493

23 MAR 2026 PM 2  L

USA ★ FOREVER

Attn: Clerk of the Court
United States District Court
Western District of Michigan
Southern Division
410 West Michigan
Kalamazoo, Michigan 49005

49007-375799