IN RE:    : DERRICK SMITH #267009 ET AL

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received April 13, 2026 and orders the Clerk to reject the Possible Copy of Complaint and return the document(s) to : Derrick Smith #267009 et al for the reason(s) noted below:

Mr. Smith has initiated numerous actions in this court since January of this year. In the last month, Mr. Smith has mailed multiple copies or nearly identical documents to both the Grand Rapids Clerk's Office and the Marquette Clerk's Office. This submission appears to be a version or copy of the Complaint filed in 2:26−cv−86. The Clerk's Office is unable to determine in which case this should be filed, if this is a separate action, or whether this is a copy. As the document does not have a case number and a case has already been assigned matching the case caption, this document will be returned to the filer. If Mr. Smith wishes to resubmit it, he must list a case number or verify that it is not a duplicate submission.

If : Derrick Smith #267009 et al wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated:   April 15, 2026                    _/s/ Sally J. Berens_____
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge