Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

April 4, 2026

RECEIVED - GR

April 13, 2026 1:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: _____ / _____

Office of the Clerk
United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49504

> Re: Derrick Lee Smith, et al vs. People of the State of Michigan, et al
> File No 2026-_____

Dear Clerk:

Enclosed for filing in the above cause, and for case docketing, the following:

1. CIVIL RIGHTS COMPLAINT FOR MULITIPLE PLAINTIFFS.
2. PROOF OF SERVICE

Please assign a case number to this matter and notify me of the case designation.

Thank you.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DERRICK LEE CARDELLO-SMITH, P162722, MDOC #267009,(URF)
WILLIE C. BASSETT, #867835
DREMARIS JACKSON, #709776
EBY BARTON DALE, JR, 612453
CHRISTOPHER RAYMOND TIERNEY,# 187893,
VINCENT GARY FOLEY, JR, #948451,
DAVID TYLER MONTAKDI, #848688,
MICHAEL LEROY ANDERSON, #156882,
ERIC ANTHONY MILLER, #774297,
CLEMENT BAILEY ANDERSON, #155470,
FRANK CROWELL, #753915,
OSCAR HARRIS, #279136,
UPPER PENNISULACORE MEMBERS AND SUPPORTERS
OF THE IN-CUSTODY-PCC,
    Plaintiff-Petitioners,


vs

File No _____


_____
United States District Court Judge


PEOPLE OF THE STATE OF MICHIGAN,
83 COUNTY PROSECUTORS,
83 COUNTY ASSISTANT PROSECUTORS,
83 COUNTY ARTICLE 1 CRIMINAL DISTRICT COURT JUDGES,
83 COUNTY ARTICLE 1 CRIMINAL MAGISTRATE COURT JUDGES,
    Defendants-Respondents,
_____/

**COMPLAINT FOR PRISONER CIVIL RIGHTS COMPLAINTS OF THE ORIGINAL FILERS AND FOUNDERS OF THE PROBABLE CAUSE CONFERENCE LITIGATORS IN 2020 THAT HAVE BEEN HELD ILLEGALLY CONTRARY TO STATE AND FEDERAL LAW AS GUARANTEEED BY THE CONSTITUTIONS WHERE PLAINTIFF-PETITIONERS AND HELD IN THE LOCATIONS OF THE CHIPPEWA CORRECTIONAL FACILITY )URF), MACOMB CORRECTIONAL FACILITY (MRF) AND RICHARD A. HANDLON TRAINING UNIT (MTU) MDOC CORRECTIONAL FACILITY PRISONER-PLAINTIFFS ELIGIBLE FOR RELEASE ON BOND PENDING APPEAL BASED UPON VIOLATIONS OF THEIR INDIVIDUAL CONSTITUTIONALLY PROTECTED RIGHT TO AN "IN-CUSTODY" HEARING PURSUANT TO CONSTITUTION 1963 ARTICLE 1 § SECTION 15 AND PURSUANT TO MICHIGAN COURT RULE 6.106 (B) and (G)(2) REQUIRED PRIOR PRIOR TO THE PRELIMINARY EXAMINATION AND IMMEDIATELY AFTER THE ARRAIGNMENT ON THE WARRANT/COMPLAINT IN THEIR RESPECTIVE CRIMINAL DISTRICT COURTS AFTER JANUARY 1, 1985 TO PRESENT DATE [DEMAND FOR JURY TRIALS ON THIS ISSUE IS PRESERVED]**

1.

Please be advised that the Plaintiffs SEEKING RELIEF IMMEDIATELY is are entitled to Release on Bond Pending presenting the Court with the APPROVED LIST OF ELIGIBLE PRISONERS-PLAINTIFFS THAT WHO HAD THEIR CIVIL RIGHTS VIOLATION BY THE PEOPLE OF THE STATE OF MICHIGAN FAILING TO PROVIDE A CONSTITUTIONALLY REQUIRED "IN-CUSTODY" HEARING IMMEDIATELY AFTER THE ARRAIGNMENT ON THE WARRANT AND PRIOR TO THE PRELIMINARY EXAMINATION AS GUARANTEED BY CONSTITUTION 1953 ARTICLE 1 § SECTION 15 AND MICHIGAN RULES OF COURT 6.106(B) and (G)(2).

The available list of prisoners eligible are housed at the Kinross Correctional Facility or were housed at the Kinross Correctional Facility and are still entitled to have this right preserved and eligible for said release from the State Custody of the Defendants and/or a JURY TRIAL BEING GRANTED ON THIS MATTER.

The List is subject to Change WITH OR WITHOUT NOTICE based upon the unpredictable nature of the MDOC housing said prisoner plaintiffs.

Plaintiff Derrick Lee Cardello-Smith, will determine those Specifically Eligible for release based on LEAST LIKELIHOOD TO REOFFEND, OR VIOLATE THE TERMS OF THE INDIVIDUAL BOND CONDITIONS IMPOSED BY THE PRE-TRIAL SERVICES DECISION OF THE INDIVIDUAL DISTRICT COURTS.

Plaintiff further agrees to SUBMIT THE SELECTED PRISONERS PLAINTIFF BELIEVES ARE ELIGIBLE FOR SAID RELEASE BASED ON PREVIOUS MEETINGS, DISCUSSIONS AND OTHER FACTORS CONSIDERED WITH THOSE INDIVIDUAL PRISONERS.

Plaintiff will submit a list of names of those prisoners that are to be considered for release FIRST.

Plaintiff reserves the right to a full Jury Trial on this matter and anything related to this matter.

Plaintiff submission will be provided forthwith and the choice will be final for those to be considered for release at the Choosing of the Plaintiff and those Already named previously during IN-PERSON MEETINGS WITH SAID PRISONERS AT DIFFERENT FACILITIES AND LOCATIONS.

THE MDOC HAS AGREED TO RELEASE PRISONERS FROM THE CUSTODY OF THE CHIPPEWA CORRECTIONAL FACILITY WHO HAVE BEEN DENIED A IN-CUSTODY HEARING AND PROBABLE CAUSE CONFERENCE HEARING BETWEEN JANUARY 1, 1985 THRU JANUARY 1, 2026 UNDER THE GUISE OF "SECURITY LEVEL MANAGEMENT FOR THE LEVEL II AND LEVEL IV PRISONERS INSTEAD OF BEING HELD LIABLE FOR THE FAILURE TO PROVIDE THE REQUIRED HEARINGS, AS REQUIRED BY MCR 6.106(B) AND MCR 6.106(G)(2) AND PLAINTIFF AGREES TO SAID CLOSURES PENDING REVIEW OF THE FULL PROCESS FOR MACOMB CLOSURE OF LEVEL II UNIT PER AGREED UPON ELIGIBILITY

## DEMAND FOR JURY TRIAL

DEMAND FOR JURY TRIAL ON THE DEFENDANTS
FAILURE TO PROVIDE THE PRISONER-PLAINTIFFS
WITH THEIR INDIVIDUALLY ENTITLED "IN-CUSTODY"
HEARING AS GUARANTEED BY MCR 6.106(B)and(G)(2)
REQUIRING DEFENSE COUNSEL TO EFFECTIVELY AND
PROPERLY REPRESENT THE PLAINTIFF IN THE DISTRICT
COURTS AFTER ARRAIGNMENT ON THE WARRANT AND
PRIOR TO THE PRELIMINARY EXAMINATION BEING CONDUCTED

 Plaintiffs hereby DEMAND A JURY TRIAL on he issue described herein and preserves this issue inviolate as guaranteed by FRCP 38 AND THE 7TH (SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

 Please preserve this Demand for Jury trial on This and ALL RELATED ISSUES in this matter.

Respectfully Yours            March 4. 2026

Derrick Lee Cardello-Smith #267009
D162722
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

3.

DERRICK LEE CARDELLO-SMITH
#267009-D-207
4533 West Industrial Park Drive
Kincheloe, MI 49784

WILLIE C. BASSETT, #867835
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

DREMARIS JACKSON, #709776
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

EBY BARTON DALE, JR, 612453
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

CHRISTOPHER RAMOND TIERNEY #187893
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

VINCENT GAREY FOLEY, JR #958451
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

DAVID TYLER MONTAKDI, #848688,
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

MICHAEL LEROY ANDERSON, #156882,
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

ERIC ANTHONY MILLER #774297
1Chippewa Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

CLEMENT BAILEY ANDERSON #155470
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

FRANK CROWELL #753915
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786
FRANK CROWELL, #753915,
OSCAR HARRIS, #279136,

OSCAR HARRIS #279136
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009, et all

Plaintiffs,

V

PEOPLE OF THE STATE OF MICHIGAN, et al,

Defendants,

_____/

File No:_____

Hon:_____

NOTICE REGARDING INDIVIDUAL LAWYER'S) PARTICIPATING
IN THE CASE TO SUPPORT PRISONER-PLAINTIFFS IN THEIR
INDIVIDUAL BEST INTERESTS AND TO ENSURE THE FULL AND
UNEQUIVOCAL PRESERVATION AND REPRESENTATION OF
EACH PRISONER-PLAINTIFF THAT IS SIMILARLY SITUATED
AND WILLINGNESS BY PLAINTIFF DERRICK LEE CARDELLO-SMITH
TO COOPERATE AND WORK WITH THE INDIVIDUAL LAWYERS OR
LAW FIRMS IN THIS MATTER IF REQUESTED BY THE INDIVIDUAL AND
SIMILARLY SITUATED PRISONER-PLAINTIFFS ON THE FULL ADDRESS
OF THE CONSTITUTIONAL IMPACT OF THIS ISSUE OF NOT BEING GIVEN
A CONSTITUTIONALLY PROTECTED RIGHT OF MCR 6.106(B)(G)(2) 1985

Plaintiff, Derrick Lee Cardello-Smith, hereby consents, agrees and is willing to work with any other lawyers that wish to join with me on this issue and that I fully intend to do the following:

1. Meet with the Lawyers for any prisoner-plaintiff.
2. Cooperate with any lawyer for the prisoner-plaintiff.
3. Meet with any law firm on behalf of any prisoner-plaintiff.
4. Hold talks with any lawyer, or group advocating for their individual prisoner, or as a whole.
5. WORK WITH ANYONE IN THAT HAS THE BEST INTERESTS OF THEIR CLIENT AT HEART.

(1)

This has been a long battle that I have funded and conducted for myself over the last five years and now it is ready to fully be implemented with the support of any lawyer or lawyers willing to assist me with this matter and most importantly TO REPRESENT THE INTERESTS OF THEIR CLIENTS IN THIS MATTER.

I can be reached on JPAY or the US Mail or I will be happy to conduct a Legal Visit with Any lawyer willing to discuss the release of their Client and wrongfully convicted criminal defendant.

Thank you for your time in this matter.                          March 20. 2026

Derrick Lee Cardello-Smith #267009
D162722
Chippewa Correctional Facility
249 West M-80
Kincheloe, MI 49784

[2]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009, et al

    Plaintiffs,

V

                                     File No: _____

                                        Hon: _____

PEOPLE OF THE STATE OF MICHIGAN, et al,

    Defendants,

_____/

### PLAINTIFFS NOTICE OF PAYMENTS OF BOND PENDING APPEAL FOR INDIVIDUALS THAT CANNOT PAY THEIR OWN BOND TO BE TAKEN FROM PLAINTIFFS INDIVIDUAL WRONGFUL CONVICTION COMPENSATION ACCOUNT AGREED TO IN 2019 AND 2021 IN THE WAYNE COUNTY CIRCUIT COURT AGREED TO BY THE PLAINTIFF AND CHIEF WAYNE COUNTY PROSECUTOR KYM L. WORTHY AND OFFICE OF THE MICHIGAN ATTORNEY GENERAL DANA NESSEL IN A SEALED AGREEMENT

    Plaintiff hereby provides this Notice of Payments of Bond Pending Appeal for individuals that cannot pay their own bond to be taken from Plaintiffs Individual Wrongful Conviction Compensation Account Agreed to in 2019 and 2021.

    Plaintiff hereby fully consents and agrees to that condition and says nothing further.

Thank you.                                  March 20. 2026

Derrick Lee Cardello-Smith #267009
P162722
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009, et al

    Plaintiffs,

V

                                       File No:_____

                                           Hon:_____

PEOPLE OF THE STATE OF MICHIGAN, et al,

    Defendants,

_____/

PLAINTIFFS CLASS ACTION UNDER 28 U.S.C. § 1711(5)
TO APPLY TO ALL CURRENT 33,000 ELIGIBLE PRISONERS
IN CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS
INCLUDING THOSE RELEASED FROM CUSTODY PRIOR TO THIS
ACTION BEING FILED AND SPECIFICALLY TO THOSE PLAINTIFFS WHO
WERE ENTITLED TO THE "IN-CUSTODY" HEARING UNDER MCR 6.106(B)and(G)(2)
FROM JANUARY 1, 1985 THROUGH JANUARY 1, 2026 AS REQUIRED BY
CONSTITUTION 1963 ARTICLE 1 § SECTION 15 AND MICHIGAN COMPILED LAW 769.1-15

Plaintiff, Derrick Lee Cardello-Smith, hereby presents this Court and moves this court to allow this matter to be designated as a PLAINTIFFS CLASS ACTION whereby the Plaintiffs in this case are recognized as PLAINTIFFS CLASS ACTION in relation to any and all plaintiffs that were denied the critical hearing of all 4 phases of the MCR 6.106 and not granted this specific constitutionally protected right and in accordance with said Rules of Court. Plaintiffs Hereby seek PLAINTIFF CLASS ACTION STATUS in this matter.

This is subject to a Jury Trial and a Hearing on this matter to be conducted by the Federal Rules of Civil Procedure and the Constitution of the United States.

Thank you for your time in this matter.

(1)

March 20. 2026

Derrick Lee Cardello-Smith #267009
D162722
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

(2)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009, et al

    Plaintiffs,

V

                                    File No: _____

                                        Hon: _____

PEOPLE OF THE STATE OF MICHIGAN, et al,

    Defendants,

_____/

SIGNATURES OF PRISONER-PLAINTIFFS WHO
ARE ELIGIBLE FOR RELEASE ON BOND AND
AUTHORIZING THE ACTION BEFORE THIS COURT
ASOBTAINED WHILE PLAINTIFF CARDELLO-SMITH WAS
INCARCERATED AT THE THUMB CORRECTIONAL FACILITY
FOR SUBJECT-MATTER AND PERSONAL-MATTER JURISDICTION
OF THE PLAINTIFFS HABEAS ACTION BEING APPLIED TO THOSE
IN CUSTODY OF WARDEN HEFFREY HOWARD DURING THE
PLAINTIFFS RESIDENCY AT THUMB CORRECTIONAL FACILITY 10-16-25 thru 1-2-26

    Plaintiff Derrick Lee Cardello-Smith hereby presents this with the signatures of those Plaintiff Class Action Prisoner-Plaintiffs who signed the individual names to the action while the Plaintiff was housed in the Jurisdiction and custody of the Kinross Correctional Facility Warden Jeffrey Howard, for the purpose of Subject-Matter and Personal-Matter jurisdiction of the Plaintiffs Cardello-Smith's habeas corpus to those similarly situated in the Kinross Correctional Facility from 10-16-25 thru 1-2-26.

    The Signatures are attached for those eligible.

                                                      3-20-26

Derrick Lee Cardello-Smith #267009
Chippewa Correctional Facility
4269 West M-80
kincheloe, MI 49784





FIRST-CLASS

US POSTAGE im PITNEY BOWES

ZIP 49788  $ 002.17⁰
02 7W
0008040225 APR 07 2026

Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

Mailed on 4-6-26

Clerk of the Court
Western District of Michigan
Case Processeing Section
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503