UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:   CHARLES HARPER #221986
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received April 24, 2026 and orders the Clerk to reject the Motion for Evidentiary Hearing and return the document(s) to Charles Harper #221986 for the reason(s) noted below:

Charles Harper #221986 is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with Wayne County Circuit Court. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.


Dated:   April 24, 2026                     /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        U.S. Magistrate Judge