UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: DERRICK LEE SMITH #267009
_____/

## **ORDER REJECTING PLEADING**

The Court has examined the following document(s) received April 27, 2026 and orders the Clerk to reject the Petition and return the document(s) to Derrick Lee Smith #267009 for the reason(s) noted below:

Mr. Smith has initiated numerous actions in this court since January of this year. In the last month, Mr. Smith has mailed multiple copies or nearly identical documents to both the Grand Rapids Clerk's Office and the Marquette Clerk's Office. This submission appears to be a version or copy of the Petition filed in 2:26–cv–95. The Clerk's Office is unable to determine in which case this should be filed, if this is a separate action, or whether this is a copy. As the document does not have a case number and a case has already been assigned matching the case caption, this document will be returned to the filer. If Mr. Smith wishes to resubmit it, he must list a case number or verify that it is not a duplicate submission. The $5.00 filing fee will be applied to 2:26–cv–95 per the Finance Department.

IT IS SO ORDERED.

Dated: April 28, 2026

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge