REC'D - MQ

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY. MLC   SCANNED BY:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267●●9
CARLI (BOIKE) CARPENTER,
    Plaitiffs-Petitioners,

V

SEAN JOHN COMBS,
SEAN "PUFF DADDY" COMBS,
P.DIDDY,
JAMES CORRIGAN, WARDEN-CHIPPEWA CORRECTIONAL FACILITY
KYM L. WORTHY, CHIEF WAYNE COUNTY PROSECUTOR,
PATRICIA PENMAN, DETECTIVE FOR WAYNE COUNTY,
DEYANA UNIS, ASSISTANT UNITED STATES ATTORNEY FOR OHIO,
REGINALD HARVEL, DETROIT POLICE OFFICER, HOMICIDE, SECTION,
    Defendants-Respondents,

File No _____

Hon:_____

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 USC § 2254
BASED UPON SEAN COMBS UNDER OATH ADMITTING THAT
HE FUNDED AND FRAMED THE PETITIONER WITH CO-DEFENDANTS
AS CERTIFIED BY THE MAY 1, 1998 TRANSCRIPTS
OF WAYNE COUNTY CLERK CATHY M. GARRETT'S
SEPTEMBER 23, 2025 DOCUMENT CERTIFICATION REQUEST ATTACHED
[DEMAND FOR A JURY TRIAL]

    Plaintiff-Petitioner Derrick Lee Cardello-Smith and Carli Carpenter, hereby petition this court for the Full UNCONDITIONAL Release from the Custody of the the Defendants-Respondents as allowed under 28 USC § 2254 and in support of this request, DEMANDS A JURY TRIAL ON THIS MATTER Unde rthe 7TH AMENDMENT OF THE STATE AND FEDERALC ONSTITUTIONS andUNDER RULE 38 of the FRCP and submits to this court the EXONERATION EVIDENCE OF THE TESTIMONY OF SEAN JOHN COMBS ADMITTING TO NOT ONLY FUNDING BUT ALSO FRAMING THIS PETITIONER-PLAINTIFF in MAY 1, 1998 and CERTIFIED BY THE WAYNE COUNTY CLERK DOCUMENTS CERTIFCIATION AS PRODUCED ON SEPTEMBER 23, 2025 AND ATTACHES THOSE TRANSCRIPTS HEREIN.

    Plaintiffs DEMANDS A JURY TRIAL ON THIS MATTER and PLAINTIFF DEMANDS THAT THE COURT ORDER THE RELEASE OF THE PETITIONER with the TESTIMONY OF THE DEFENDANTS ALL NAMED HEREIN BEING CULPABLE OF THIS HORRIFIC CRIME THAT HAS BEEN DONE TO THIS PETITIONER.

    The arguments are contained herein within the DOCUMENT CERTIFIECATION OF THE TRANSCRIPTS PROVIDED to this honorable court for review as detailed within the following STATEMENT FO QUESTION PRESENTED.

    1. DID THE DEFENDANTS CONSPIRE TO FRAME THE PETITIONER AS PROVEN BY THE TRANSCRIPTS CERTIFICATION AND DOCUMENT CERTIFICATION OF THE WAYNE COUNTY CLERK REQUIRING THIS COURT TO GRANT RELIEF SOUGHT?
    Petitioner stay YES
    Respondents Have not answered.

    The transcripts and coument certification confirm through the attached pages as part of this writ of habeas corpus and must be considered with respect to their contant and their nature as taken from the MAY 1, 1998 Hearing detailing the events cited and listed.

    DOCUMENT CERTIFICATION OF TRANSCRIPTS--CONTENTS OF HEARING IN QUESTION:

**DOCUMENT CERTIFICATION**

ORI MI - 821095J   Court Address   5301 Russell Street, Suite 100 Detroit, MI 48211   Courtroom   Court Telephone No.

STATE OF MICHIGAN
COUNTY OF WAYNE,   } §
CITY OF DETROIT

I, CATHY M. GARRETT _____ , Clerk of the Third Judicial Circuit Court do hereby certify that the foregoing is currently taken and copied from the original record in the case of People vs. Derrick L Moore   CASE NO. 98-004133-01-FH now remaining in my office, and of record in said Court, and that the same has been examined and compared by me with the original of said record in said cause, and that it is a correct transcript there from, and of the whole of such original record.

In Testimony Whereof, I have hereunto set my hand and affixed

the seal of said Court, this   23rd

day of   September _____ in the year two

thousand and   twenty-five

Per _Erika P._ _____ Cathy M. Garrett   Clerk

/ Deputy Clerk

3CC-CR-1500CM (8/26/2024)   Page 1 of 1

---

STATE OF MICHIGAN
THIRD CIRCUIT COURT FOR WAYNE COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF MICHIGAN
Plaintiff,

Vs

DERRICK LEE CARDELLO-SMITH   File No 1998-005133-FH
DERRICK L. SMITH;   Honorable Harvey F. Tennen
DERRICK LEE SMITH;
DERRICK LEE MOORE;
Defendants;

FILED
WAYNE COUNTY CLERK
MAY 2, 1998
Honorable Harvey F. Tennen
COURT FILE

UNSEALED PUBLIC REQUEST
SEPTEMBER 23, 2025
WAYNE COUNTY CLERK'S OFFICE
PAID IN FULL ON 9-23-25

**SEALED RECORD**

AFFIRMATION OF CERTIFICATION OF TESTIMONY OF WITNESS AND UNCHARGED CODEFENDANT MR. SEAN JOHN COMBS a/k/a PUFF DADDY, BAD BOY ENTERTAINMENT, RECORD, BOOKS AND PRODUCTIONS INC. LLC, HELD ON MAY 1, 1998 IN THE CHAMBERS OF THE HONORABLE HARVEY F. TENNEN PRESIDING WAYNE COUNT CIRCUIT COURT AS STIPULATED FOR PRE-TRIAL DETAINEE DERRICK LEE CARDELLO-SMITH'S PLEA PROCEEDING TO ONE COUNT OF CRIMINAL SEXUAL CONDUCT THIRD DEGREE

I, Kathleen Martin, do hereby confirm, that the transcribed record of the uncharged witness

**SEAN JOHN COMBS, Date of Birth November 4, 1969**

was held in the above courtroom located at 1441 St. Antoine Street, Detroit, MI 48226

These recordings were recorded by my employees and agent Cathy Rickstad, Certified Shorthand Reporter and Photographer With Full Compliance of the Stipulated 30 years Sealed Transcripts will be honored and upheld by this office and its employees under the Penalties of Michigan State and Federal Laws and court orders

Kathleen Martin Photography
Gerald Parker, Studios and Photography
Certified Confidential Shorthand Reporting and Photography Services
Cathy Rickstad & Co. Services, Detroit & Detroit Area Locations
Main address and Offices
4925 Cadieux Road
Detroit, Michigan 48224

---

STATE OF MICHIGAN
THIRD CIRCUIT COURT FOR WAYNE COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF MICHIGAN
Plaintiff,

Vs

DERRICK LEE CARDELLO-SMITH,
DERRICK L. SMITH,
DERRICK LEE SMITH,
DERRICK LEE MOORE,
Defendants,

File No 1998-004133-FH-(1)
1998-004133-FH-(2)
Honorable Harvey F. Tennen

SEALED-CONFIDENTIAL-SEALED
PLEA & SENTENCE
STIPULATED ALLOCUTION AND
TESTIMONY OF UNCHARGED CO-DEFENDANT
SEAN JOHN COMBS, a/k/a PUFF DADDY FOR THE
CLOSED HEARING-PRIOR TO PUBLIC PLEA OF
DEFENDANT CARDELLO-SMITH AND REQUIRED RECORD
SUBMISSION TO LEAD PROSECUTOR JOHN O'HAIR AND
WITNESS KYM LOREN WORTHY, PROSECUTOR AND JUDGE
AS AGREED TO WITH 49% OF DEFENDANTS FUNDS INVESTMENT
SEALED-CONFIDENTIAL-SEALED

RECORD

of the proceedings had in the above cause on the plea of Derrick Lee Cardello-Smith
HONORABLE HARVEY F. TENNEN, CIRCUIT JUDGE
CLOSED JUDICIAL CHAMBERS

APPEARANCES:

JOHN D. O'HAIR P18432
On behalf of the Wayne County Prosecutor
and for Witness Sean John Combs
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
DERRICK LEE CARDELLO-SMITH
Defendant
Acting in Pro Per
W.C.J. Inmate (Detainee)

Cathy Rickstad
Certified Shorthand Reporter & Photography
For Confidential Photography & Reporting Services
Parker Studios, Inc.
4925 Cadieux Road
Detroit, Michigan 48224

1.

---

TABLE OF CONTENTS

| WITNESS: | PAGE |
| --- | --- |
| Sean John Combs | 1-9 |
| DIRECT: | |
| John D. O'Hair | 1-9 |
| CROSS-EXAMINATION: | |
| Derrick Lee Cardello-Smith | 1-9 |
| EXHIBITS: | PAGE |
| Sealed | Sealed |

Subject–Dismissal of the Charges of Conspiracy to Commit Murder upon Derrick Lee Cardello-Smith by Uncharged Co-Defendant and Witness Sean John Combs, Acceptance of agreement to allow Cardello-Smith's Deposit of $150,000.00 to continue growth into Bad Boy Entertainment Inc, LLC, Holdings, Productions, Sean Combs Enterprises, Sean Combs Funding of the Detroit Police Officers, Kym L. Worthy, and Carl Bishop (2 partners) to ambush Cardello-Smith, in July 1997. Dismissal of the complicit status of uncharged Co-Defendant Sean John Combs from the Derrick Lee Cardello-Smith case. Per the stipulated agreement of all parties in 1997.

2.

Friday, May 1, 1998

at 5:41pm

Detroit, Michigan

RECORD

THE COURT: We're back on the record, in my personal chambers, another late night, in the matter of People of the State of Michigan, vs Derrick Lee Cardello-Smith, and Uncharged Co-Defendant Sean John Combs. File no 1998-004133-FH-01(1( and 1998-004133-01-(2).

THE COURT: Cathy, I know your tired, but this will not take long, are you okay? can you manage?

REPORTER: Sir, it has been a long day, but I can manage, as long as I am paid in cash tonight with a little extra.

THE COURT: No Problem, just make sure that you get this down and you will get paid afterward our hearing sodas.

REPORTER: Ready and prepped your honor

THE COURT: Alright...Call in the Witness, this is going to be a great one.

BAILIFF: Come on in Sir! It is great to see you again.

WITNESS: Always....you get that watch?

BAILIFF: Rolex, simply the best!

WITNESS: I got 30 of them.

THE COURT: Okay, have a seat. Did you get my money Sean?

WITNESS: Always...Thank you...did you get the girls?

THE COURT: Yes I did and she is great, they are always great.

WITNESS: Yes, nothing like some young 13 year old virgin girl right?

THE COURT: Nothing like it at all, well, except maybe 4 of them! ha ha.

WITNESS: I will see what I can do.

THE COURT: Okay, State your name because we have to bring your business partner in here.

THE WITNESS: Sean John Combs.

THE COURT: Okay, got Cardello-Smith in here now...while we are waiting for him, the now CONVICTED FELON.

THE COURT: You will be pleased to know Sean that he took the plea and stated on the record that he is guilty of rape.

WITNESS: That is great, how many did he plea too Yo Honor!

THE COURT: He did several, but I have them under different names, Derrick Lee Moore, Derrick L. Smith, Derrick L. Smith, and his birth name, Derrick Lee Cardello-Smith. everything is as you and Kym wanted.

WITNESS: Okay...Great...that mother fucker needs to go to prison and I can keep my money for myself.

THE COURT: Don't forget our deal either now Mr. Combs, oh, here is Cardello-Smith, you 2 control yourselves now.

WITNESS: Yes, there is his sucka ass! Whut up you sucka ass Nigga? Damn, they got you chained up!

3.

---

THE COURT: Hold it down, we still have employees in the area.

WITNESS: Okay Harvey, I mean, your honor.

THE COURT: Cardello-Smith, you want to ask some questions now? Go ahead/

DEFENDANT: Mr. O'Hair, Your representing Sean!!

PROSECUTOR: So what, your going to prison, just ask your questions.

WITNESS: Yeah Sucka, I got some girls waiting for me, hurry up wit Yo, what do you call this thing we doing?

THE COURT: A Stipulated Agreement for his Post Plea. Simply put, he wants to question you and I want to hear it.

WITNESS: Okay....what you want man?

DEFENDANT: To beat your ass, again! But for now, I will settle for you answering questions! Okay Sean?

WITNESS: You can keep that on the low, that crime lab fight will never be heard by anyone nigga!

DEFENDANT: You know I beat your ass and I know I beat your ass and we both know why, don't we?

WITNESS: Yes, that ass was good!

DEFENDANT: Okay, I was unconscious, but you always rape people when their unconscious and cannot fight back. It is just what you do and who you are, I never had any clue Sean that you were laying like that, but I found out, when I was weak, unconscious and out of it...I still beat your ass in that parking lot though, you and Big Gene, and Kirk, did not see me or my tire iron coming though...I almost killed you, but you don't want to talk about that though!

WITNESS: Whatever man, come on with it!

DEFENDANT: State your name for the record, since we got all the personal crap out of the way.

THE COURT: I will just assume your sworn in and telling the truth under oath, Okay Mr. Combs, don't perjure yourself now, I would not want to have to put you in jail!

WITNESS: I will buy that jail!

DEFENDANT: Speaking of buying, After you state your name for the record and date of birth, tell the court about my shares and what I have coming from Bad Boy Entertainment!

WITNESS: What, you think you are gone get your little 49%?

DEFENDANT: I intend to!

WITNESS: I got 1.5 million from all 10 of yall that night, you each gave me $150,000.00.

DEFENDANT: We each gave you that money and it was because your Big Deal with Arista Records was all gone and your so called Millions of dollars that you will never see man!

DEFENDANT: Thank you for admitting it, you sick man you took my money, you took my manhood and you tried to take my life, just like you did with Tupac. He had that tape cassette you sent him when he was with your ex-Kim Porter and you actually said you waned to have Sex with him and her at the same time. That is some gay ass shit and Suge was going to find out so you gave that mother fucker Duane Keith Davis that money to take Pac and Suge out!

4.

---

WITNESS: Yes but you ain't nobody going to know about it so, just let that stuff go!

DEFENDANT: Okay, so, Sean, why did you send those guys to take me out?

WITNESS: What guys are you speaking on? The night I fucked you in your ass, or the night I fucked you out of your Money? They were both nice for me Derrick, both of them, I own you and I broke you, be more specific niggah!

DEFENDANT: Obviously, the night you sent those three guys to take me out at the movie theater parking lot, so I am not able to collect on my future returns of the 49% we all invested and what I invested into Bad Boy Entertainment.

WITNESS: Oh yeah, I had Kym, Jackman, and my man main Reginald Harvel handle that for me.

DEFENDANT: Reginald Harvel, of the homicide division?

WITNESS: I don't know where that mother fucka at now but he do my dope runs in Detroit and he handles the 187's.

PROSECUTOR: Hold on a moment, we are not discussing Officer Reginald Harvel. The Feds are looking at him now so lets keep that quiet. Your honor, objection is on this record...

THE COURT: Noted. But Reginald handles things for us all the time, so let me know what his role is with us on this.

WITNESS: I have William Rice, Reginald Harvel, Patricia Penman, Alita Mcniel, Barbara Simon, Patrick Jackman, Kym Worthy, Robert Evans, Benny Napoleon, like the French nigga, Napoleon, Warren Evans, Glossiter. They are on my payroll and I will keep my Detroit Connection going strong, why?

DEFENDANT: Thank you for clarifying for me Sean that these people in law enforcement are on your payroll. Now Sean Combs, Can you please tell me who your Detroit Women are? The ones that you Pimp out and own as you say!

WITNESS: Oh my interstate bitches..What is that one ho you did not rape, but said you did? Carli Boike, yeah that ho is fine, she is one of my little hos at Players Lounge! She is a little too old for me, I think she 18 now, so I am done with her You have been to enough places with me Derrick you know, I like them young, fighting and out of it!

DEFENDANT, Sean Combs, Puff Daddy himself, right here being questioned by me, after I entered pleas of guilty to False Rapes I did not do, were the other women I plead guilty to raping actually your women in your stable?

WITNESS: Derrick, listen man, you ain't raped nobody! they work for me and they work for Kym, you are just a man that serves a purpose for me, and now that you plead guilty, everything is going to be perfect! He did say guilty, right?

PROSECUTOR: Yes, he plead in multiple cases under different names Sean! He plead in the cases of 'Mary Travis, Robin Kraemer (Kramer), Joanne Souelliard, Carli Boike, these are all my bitches nigga and they work for me! You get it Derrick!

DEFENDANT: Yes, I get it, I went out there and I entered those pleas of guilty to those rape cases, on those women, But I know I did not rape them, so do you, but I have to do it to keep my family alive and safe!

WITNESS: Damn right niggah! What names did you put those cases under Yo Honor?

THE COURT: Hold on, John, what were they under, actually, it was under these names. Derrick Lee Smith, Derrick L. Smith, Derrick L. Moore, Those are the False rape cases he plead to, so he can uphold his end of the deal!

5.

---

Cardello-Smith is upholding his end of this agreement Sean, because he knows that his family will be slaughtered! That is why he is completely agreeing to it and noone will believe him anyway so he has every reason to do keep quiet for the Thirty years and we have every chance to know it will all go away, otherwise the FED's will investigate us and we cannot afford them looking into us in any way, especially with our main connections and last lines of protection

WITNESS: Harvey, Judge, Sir, who are the 'last Lines of Protection? I need to know about my Detroit Connects!

THE COURT: John, Where Is Duggan on this matter? Who are the last lines of protection for us from the Feds?

WITNESS: What is the matter with Reginald Harvel? Why is he not playing ball with my Raw? I pay to have this shit Sent through Detroit with my hoes through Saginaw and now I gotta hear that they ain't getting it because of someone That does not want to finish what we pay him for?? What is that about? and what is that other womans name? Oh yes, Patricia Penman! Why is she all of a sudden giving me static over these hoes we pushing through there? We got, Dearborn, Melvindale, Detroit, Saginaw and Bay City on the map taking care of these hoes, so why is she giving me on my end and my ends??? I thought she was on board for putting this guy away!

DEFENDANT: Patricia Penman, Kym Worthy, Reginald Harvel, Alita Mcniel, Patrick Jackman are all on your Payroll and following your orders to frame me for multiple rapes that I did not do and they are doing it because of the Dirt and evidence you have on them and to keep me from getting my share of our business!

WITNESS: That is right nigga! You can put that money you gave me in your took book and I am going to let it ride! then when you get out prison, I might give you a couple of million of dollars, if your lucky nigga!

DEFENDANT: Sean, the whole thing is this, I plead guilty to rape cases I did not do, you have your connections in The courts to keep it all good and quiet, but You know I did not rape anyone and you know your guilty of this murder on me, and your complicit, and they are just putting it all away, to cover for you and just want to make things clean.

WITNESS: Damn right Derrick! What of it?

DEFENDANT: I know I am innocent and you have those cops prosecutors and judges on your payroll, and I get it, Your doing what you do with what you have, just answer this for me Sean, Why did you decide to frame me?

WITNESS: Money nigga, plain and simple, you get 1 percent less then half of what I am worth, and will be worth, I took that money because of Death row Beating my ass and me actually in debt, but I made it look good because I Make it all look good...I was actually in Personal debt, but I needed that money from all ten of you in 20 cities and that money put me back on top! Ain't nothing gone to hold me down! Derrick you know I needed that money, I got it!

DEFENDANT: That is the whole purpose of me giving you my money Sean! Listen man, just promise me that I will Be able to get my share of the 49% that is all I want from you? Can you at least acknowledge that we made that deal? and that we made it in 1997, January 3rd!

WITNESS: Yes, I can acknowledge that and you want it on this record, good, it is on the record! We made that deal January 3, 1997 and it was notarized, also, you and the 9 other niggas get 49% of anything I hold and anything that is

6.

attached to all ten of you guys investment into bad boy records, and Sean Combs Enterprises!

DEFENDANT: Also, admit that you have funded the attempted murder of me in July 1997!

WITNESS: I admit it!

DEFENDANT: You just sit there arrogantly and admit to these multiple felonies and I stand here in shackles, that are on me because of you sending those three guys to ambush me and failing! That is what your going to do, just sit there arrogantly admitting to Hiring three guys to kill me, funding Kym Worthy and Detroit Police to Do it, Puff Daddy, you are the worst human being alive, and after you took my money, you knew, you knew, this deal was not going through!

WITNESS: Yes, I knew as you were giving me the $150,000.00 nigga! All 10 of you mother fuckers fell for it!

DEFENDANT: You already killed 1 of us and then you tried to kill me! Sean when did you decide this? Was this at the Vibe Awards at the Petersen Building??? When you were doing your Debut "Can't nothing hold me down." and you decided just 4 days after signing with us and accepting my money that you would screw me over, is that right?

WITNESS: Something like that nigga, I had to take care of my business, that is what I used to pay off the ones you at the Vibe Party and get them on my team solid like, not just in verbal agreement.

DEFENDANT: So, my money, the other 9 guys money, all went to fund those artists you have, what was their names again, 112, LOX, Mase and Notorious B.I.G.! That is what our 1.5 million dollars paid for! So your ass could win!

WITNESS: Yes, it is that simple! I had millions already but spent them all, so I did what I had to do Man!

DEFENDANT: You just pretended to be rich, and you were actually in debt and needed that Puffy Dirty Money!

WITNESS: Yes, okay lets wrap this up man I got some bitches and niggas to fuck!

DEFENDANT: Your a man who just took advantage of my trust and my being enamored with you and who you were as a Celebrity, and successful black Man, a business man, and while I was busy working for my hard earned money my own 'dirty money" I got from and with crooked ass cops and putting in that work, you were just taking advantage of my being in awe of you! That is what you do right Sean! Just take advantage of the image you project! Betray trust!

WITNESS: Shut the fuck up Nigga! I do what I do, I am the King! You ain't shit, remember that! You hear me?

DEFENDANT: Yes, I hear you, 'Your Highness' Wee you the King when you were not only taking my money, but also when you were raping me and beating me while I was out of it and under the influence of GHB? King then!

WITNESS: That ass was good Nigga and I have the video of me getting your money and that ass nigga!

DEFENDANT: If I were out of these chains, I would Beat your ass to death, you know it too punk!

WITNESS: Yeah, but your not, so fuck it and fuck you, oh that's right, I did! Now your going to prison for me!

DEFENDANT: Yeah I am going to prison because you hired those mother fuckers to take me out and they failed, just because you cannot finish a job yourself or like a man, you have to hire people to do your dirty work and people who just cater to you and all to cover up your drugs and female sex slavery shit all over the US! But it is all going to come Back on you one day, you, Kym Worthy, Patricia Penman, and you John O'Hair, and of course you to Judge Tennen!

7.

THE COURT: Okay enough of this crap--Mr. Combs, are you good?

WITNESS: Yes, I am good, just send this nigga to prison and we are all good!

DEFENDANT: How about it Sean, do you want to go for round 2 and get your ass beat again with a tire iron!

WITNESS: Nigga, you ain't shit! You got me while my back was turned, try that now!

DEFENDANT: Take these shackles off, I dare you, I dare you, take them off and uncuff me!

THE COURT: Take them off!

(DEPUTY REMOVES SHACKLES FROM DEFENDANT) FIGHT ENSUES! DEFENDANT ATTACKS THE WITNESS, WITNESS SCREAMS "GET HIM OFF! GET HIM OFF ME! DEFENDANT THEN SLAPS THE WITNESS AND SAYS (YES, THAT IS WHO YOU ARE, A SCARED LITTLE PUNK) PAC AND SUGE WERE RIGHT, YOUR NOTHING BUT A FAKE ASS PUNK! THAT IS WHY YOU KILLED HIM")

DEFENDANT: Yeah, you better get you punk ass out of here and back to New York, this is Detroit Punk, we don't play that shit here, fuck around and find out!

WITNESS: I AM OUT OF HERE! SEND THAT NIGGA TO PRISON! LET HIM OUT IN TEN YEARS FOR A REVIEW OF OUR DEAL! I WILL KILL YOUR FAMILY IF YOU TRY TO GO BACK ON IT DERRICK! your money will stay in my business, so you stay up and you stay where you need to be at, in prison, do not mention the 2nd degree murder or file it in an appeal, and you can sit back and watch me blow up even bigger on TV! My success is your success! Everyone is safe and we all get to do what we do, you just, get to watch it from prison!

DEFENDANT: I will see you again soon, on my terms one day!

WITNESS: Not from prison, I will never hear from you again in prison, I will forget about you and everyone too!

DEFENDANT: Kevin Spacey was dead on right about you too, and Sharon Stone, they were both right about you!

WITNESS: What did they say?

DEFENDANT: They said that I should quit tending bar for you and get away from you and save those ladies!

WITNESS: Yeah, but you didn't so to hell with it and to hell with them too!

DEFENDANT: It's all good though Sean, I will see you again, I promise that to you, I made that promise to Worthy! now I am making it to you as well, I WILL SEE YOU AGAIN SOON! This is NOT OVER!

WITNESS: It is today! Take his ass to prison dog!

DEFENDANT: These fake rape cases, and the murder cases that you guys have hidden, it is all going to be handled one day by people that know how to follow the law and can follow the law, and know what the badge stands for!

DEFENDANT: I will have my freedom one day Sean and I will see you again, and you better pray, I am different!

WITNESS: At least your asshole is ready for prison, since I already fucked it right!

DEFENDANT: You are such a coward Sean, and I will get you back, I will get my freedom from these false rapes and I will get you back, I will get my 49% of Bad Boy Entertainment and holdings Sean, I Will Get it!

8.

WITNESS: No you won't! All your going to get is tape cassettes with my shit on it!

DEFENDANT: I will get my freedom, those women will get their freedom, the investors will get our money!

WITNESS: If you want your family safe, you will leave everything alone!

DEFENDANT:; If something happens to my family Sean, there is nowhere on this Earth you can go that I will not find you, I will find you and I will finish what you started!

DEFENDANT: Your a coward and punk and weak and you took something from me and those ladies and now you've taken my freedom, but I will handle this and I will handle you too, I promise this to you Sean, I will get you back!

WITNESS: Alright nigga, I got a Limo waiting for me, Get to prison and eat the food in there!

DEFENDANT: At least I have my honor and my pride, what do you have?

WITNESS: Everything! Tell Kym I said hi, I will talk to her in a month and I expect my money too!

THE COURT: Okay, that is enough....Close this session out, get him to county, Sean, we need to talk, in private.

WITNESS: About what?

DEFENDANT: About Carli Boike and Patricia Penman! Carli could be a problem!

WITNESS: I already broke her and I have her working at Players Lounge, with my other bitches, she will fall in line!

DEFENDANT: Thank you for letting me know she is your latest victim and that your a Pedophile and on record!

WITNESS: That don't mean nothing, I can do what ever I want, I got money, people and places, and I got the Police in my pocket, my pockets are deep now, that I have your money too!

DEFENDANT: Enjoy it Sean, I will be to get it one day, I promise that to you!

THE COURT: Okay...Get him out of here.

DEFENDANT: I will see you again too Judge Tennen, placing these fake rape cases on me and placing me into the group of men who hurt women, I saved a woman, I was raped and I go to prison for False Rapes, and you just do it on orders of a mad man, who is not anything without his money, and crew! Your worse than him!

THE COURT: Don't file any appeals, we will have you lose every single one of them!

WITNESS: Yeah, don't appeal nigga, you will lose it all! on my orders!

DEFENDANT: Sean, let me ask you a question before I go, Why Me? I trusted you?

WITNESS: You trusted the wrong guy!

THE COURT: Okay, these hearings are done...Take the defendant, Sean, you stay. Good night everyone.

29(Whereupon, proceedings recessed at 7:39pm)

9.

STATE OF MICHIGAN)
)ss
COUNTY OF WAYNE)

I certify that the transcript, consisting of 10 pages, is a complete, true and correct transcript of the video-taped proceedings of SEAN COMBS, witness as taken in the criminal cases of PEOPLE OF MICHIGAN VERSUS DERRICK LEE CARDELLO-SMITH, DERRICK LEE MOORE, DERRICK L. SMITH DERRICK LEE SMITH, file no's 1998-004133-01-(1)FH and 1998-004133--01-(2)FH on May 1, 1998.

*Please note that the proper names and/or case numbers unknown to this reporter are spelled phonetically and may not be correct and are not derogatory or to be considered as a reflection of this reporter or agencies views--it is the 'Ebonics" and "Wording" of the Witness, Sean Combs.

HEARING IS SEALED
PER HONORABLE HARVEY F. TENNEN

Cathy Rickstad
Certified Shorthand Reporter & Photography
For Confidential Photography & Reporting Services
Furber Studios, Inc
4925 Cadieux Road
Detroit, Michigan 48224

Cathy Rickstad, CSR-1482
Certified Shorthand Reporter

10.

STATE OF MICHIGAN
IN THE THIRD CIRCUIT COURT OF MICHIGAN-CRIMINAL DIVISION
FOR THE COUNTY OF WAYNE

THE PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff,

v

DERRICK LEE CARDELLO-SMITH,
DERRICK LEE SMITH,
DERRICK L. SMITH,
DERRICK LEE MOORE
            Defendant.
_____/

Case No. 98-004133-01-FH
Hon. Michael M. Hathaway for
Hon. Cylenthia LaToye Miller

OPINION AND ORDER
DENYING DEFENDANT'S FOURTH MOTION FOR RELIEF FROM JUDGMENT
AND
MOTION FOR EVIDENTIARY HEARING

AT A SESSION OF SAID COURT HELD IN THE WAYNE COUNTY
CRIMINAL JUSTICE CENTER ON October 10, 2025

PRESENT: HONORABLE MICHAEL M. HATHAWAY
Circuit Court Judge

For reasons more fully explained below, the Court will deny defendant's fourth Motion for Relief from Judgment and Motion for Evidentiary Hearing.

Following a guilty plea, defendant, Derrick L. Moore, was convicted of one count of criminal sexual conduct (CSC) – third degree, MCL 750.520(D)(1)(b). Defendant was sentenced to a term of 6-15 years imprisonment.

Defendant's first, second and third Motions for Relief from Judgment were denied on July 21, 2005, January 17, 2018 and February 16, 2018 respectively. Defendant now files a fourth[1] Motion for Relief from Judgment and Motion for Evidentiary Hearing. Defendant's most recent filing is largely incoherent, but alleges, as best as can be determined, that Defendant was raped by "Diddy" and that this sexual assault has been covered up by Wayne County Prosecutor Kym Worthy. In "support" of this claim (which has no application to the case at hand), he has provided a transcript of dubious authenticity. The Prosecution has not filed a response.

_____
[1] Defendants successive motion for relief from judgment based on the Wayne County prosecutor's office being compromised for malicious prosecution as proven by the May 1, 1998 plea proceedings of unsealed testimony of witness Kym L. Worthy under oath in Judge Harvey Tennen's chambers. (Filed July 21, 2025)

1 | P a g e

MCR 6.502(G) states in pertinent part: "...that regardless of whether a Defendant has previously filed a Motion for Relief from Judgment, after August 1, 1995, one and only one Motion for Relief from Judgment may be filed with regard to a conviction. The only exception to this rule is under subrule (G)(2), which states that a Defendant may file a second or subsequent Motion based on a retroactive change in the law that occurred after the first Motion for Relief from Judgment or a claim of new evidence that was not discovered before the first Motion.' "MCR 6.502(G)(2)". For purposes of subrule (G)(2), "new evidence" includes new scientific evidence. MCR 6.502(G)(3). The court shall refer a Successive Motion to the Judge to whom the case is assigned for a determination of whether the Motion is within one of the exceptions. MCR 6.502 (G)(2)(c). The "Diddy" encounter is not new, or newly discovered.

Upon review of defendant's fourth motion for relief from judgment defendant has not raised an issue of newly discovered evidence or retroactive change in law. As such defendant's motion is not properly before this court and is without merit. Therefore, for all the reasons stated, defendant's fourth motion for relief from judgment and motion for evidentiary hearing are **DENIED**.

DATED: _10/10/25_

JUDGE MICHAEL M. HATHAWAY, P-14744
CIRCUIT COURT JUDGE

PROOF OF SERVICE

I certify that a copy of the above instrument was served upon the attorneys of record and/or self-represented parties in the above case by mailing it to the attorneys and/or parties at the business address as disclosed by the pleadings of record, with prepaid postage on _12-01-25_

_Derrick Lee Cardello-Smith_
Name

2 | P a g e

CONCLUSION

Petitioners Cardello-Smith and Carli Carpenter both submit to this court that the Transcripts submitted and its content CONFIRM That there was and is and has been a conspiracy of the highest proportions to continue to frame this petitioner in this case and to ensure that the petitioner is incarcerated for many false crimes and is even further the victim of the defendants own sordid actions and hatred of this petitioner to stop the petitioner from having the horrible actions that were done upon the petitioner to be covered up by the defendants from 1998 trhoughout this date of the filings of this action in 2026, and it requires a hearing is conducted in this matter so that the petitioner can get his relief sought and the co-petitioner, Carli Carpenter can get teh relief she is entotle dto as a victim of a continuing crime that has remained in place creating a personal injury upon her through these terrible actions of the respondents, not only upon her person, but this petitioners person and it requires a jury trial is allowed to commence on this matter, immediately.


RELIEF SOUGHT

Wherefore, Petitioner prays this court will GRANT THE JURY TRIAL DEMAND, GRANT THE RELEASE OF THIS PETITIONER and GRANT THE HABEAS CORPUS is authoried immediately and any further relief this court deems appropriate.

April 20, 2026

Thank you for your time.

Derrick Lee Cardello-Smith #267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784
DATED: APRIL 20, 2026

Mrs. Carli Carpenter
5615 Fairgrove Road
Fairgroe, MI 48733

Signed on: 04-06-26

Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

April 20, 2026

Office of the Clerk
United States District Court
Northern Division
202 N. Washington Street
Marquette, MI 49185

   Re: Derrick Lee Cardello-Smith et al v. Sean John Combs, et al
    File No:_____

Dear Clerk:

Enclosed for filing in the above cause, the following documents:


 1. PETITION FOR WRIT OF HABEAS CORPUS.-4 Pages Total-2 front and back on scan.
 2. 5.00 Filing Fee

Please set this matter for hearing on the courts docket and notify me when it has been assigned a case and judge.

 Thank you for your time in this matter.


Derrick Lee Cardello-Smith

Derrick Lee Goodman 53434
#267009-D-207
Chippewa Corr. Facility
4269 W. M-80
Kincheloe, MI 49784

GRAND RAPIDS MI 493
23 APR 2026 PM 2 L

US POSTAGE PITNEY BOWES
ZIP 49788 $001.03
02 7W
0008040225 APR 21 2026

Clerk of the Court
US District Court
202 n. Washington St,
Marquette, MI,
49185

Case 1:26-mc-02026   ECF No. 41-1,  PageID.550   Filed 04/28/26   Page 8 of 8

49855-435754